

# COMMONWEALTH of VIRGINIA

POST OFFICE BOX 2452    *Secretary of the Commonwealth*    RICHMOND, VIRGINIA 23218-2452

## CERTIFICATE OF COMPLIANCE

VIRGINIA                                                                   7/8/2016
For the:

Rockingham County Circuit Court
80 Court Square
Courthouse
Harrisonburg, VA 22802

PurAyr, LLC

vs.

Phocatox Technologies, LLC

CASE NUMBER:

RETURN DATE:

**Summons and Complaint**

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1. Legal service in the above-styled case was made 6/2/2016 upon the Secretary of the Commonwealth as statutory agent for persons to be served in accordance with section 8.01-329 of the Code of Virginia as amended.

2. Papers were forwarded by certified mail, return receipt requested, to the name and address listed below on 6/7/2016:

Phocatox Technologies, LLC
160 West Carmel Drive, Ste. 204
Carmel, IN 46032

Service of Process Clerk
Designated by the Authority of the
Secretary of the Commonwealth



EXHIBIT 1



# COMMONWEALTH of VIRGINIA

POST OFFICE BOX 2452     *Secretary of the Commonwealth*     RICHMOND, VIRGINIA 23218-2452

## CERTIFICATE OF COMPLIANCE

VIRGINIA                                                                            7/8/2016
For the:

Rockingham County Circuit Court
80 Court Square
Courthouse
Harrisonburg, VA 22802

PurAyr, LLC

vs.

Redding Law, LLC


CASE NUMBER:

RETURN DATE:

**Summons and Complaint**

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1. Legal service in the above-styled case was made 6/2/2016 upon the Secretary of the Commonwealth as statutory agent for persons to be served in accordance with section 8.01-329 of the Code of Virginia as amended.

2. Papers were forwarded by certified mail, return receipt requested, to the name and address listed below on 6/7/2016:

Redding Law, LLC
384 East Carmel Drive, Ste. 344
Carmel, IN 46032

*[signature]*
Service of Process Clerk
Designated by the Authority of the
Secretary of the Commonwealth



# COMMONWEALTH of VIRGINIA

POST OFFICE BOX 2452     *Secretary of the Commonwealth*     RICHMOND, VIRGINIA 23218-2452

## CERTIFICATE OF COMPLIANCE

VIRGINIA                                                                 7/8/2016
For the:

Rockingham County Circuit Court
80 Court Square
Courthouse
Harrisonburg, VA 22802

PurAyr, LLC

vs.

Bryan Redding c/o Redding Law, LLC


CASE NUMBER:

RETURN DATE:

**Summons and Complaint**

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1. Legal service in the above-styled case was made 6/2/2016 upon the Secretary of the Commonwealth as statutory agent for persons to be served in accordance with section 8.01-329 of the Code of Virginia as amended.

2. Papers were forwarded by certified mail, return receipt requested, to the name and address listed below on 6/7/2016:

Bryan Redding c/o Redding Law, LLC
384 East Carmel Drive, Ste. 344
Carmel, IN 46032

*K. Ell*
Service of Process Clerk
Designated by the Authority of the
Secretary of the Commonwealth